MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL, CSBN 230138
Regional Chief Counsel, Region IX
Social Security Administration
GINA TOMASELLI, CSBN 267090
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 268-5602
    Facsimile: (415) 744-0134
    E-Mail: Gina.Tomaselli@ssa.gov

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**SACRAMENTO DIVISION**

| | |
|---|---|
| ROSA ELBA MEJIA, | Case No.: 2:17-CV-02354-CKD |
| Plaintiff, | **STIPULATION AND ORDER FOR FIRST EXTENSION OF TIME** |
| vs. | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security Administration, | |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between Rosa Elba Mejia (Plaintiff) and Nancy A. Berryhill, Acting Commissioner of Social Security (Defendant), by and through their respective counsel of record, that Defendant shall have an extension of time of thirty-five (35) days to file her Opposition to Plaintiff's Opening Brief. The current due date is May 7, 2018. The new date will be June 11, 2018. An extension of time is needed because the attorney responsible for briefing this case has a chronic health condition that has required her to take intermittent leave. This request is made in good faith with no intention to unduly delay the proceedings. The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Date: May 3, 2018  By: /s/ *Stuart T. Barasch*
STUART T. BARASCH
Attorney for Plaintiff
(*As authorized by e-mail on May 3, 2018)

Date: May 3, 2018  By: MCGREGOR W. SCOTT
United States Attorney

By: */s/ Gina Tomaselli*
GINA TOMASELLI
Special Assistant United States Attorney

Attorneys for Defendant

## **ORDER**

GOOD CAUSE APPEARING, PURSUANT TO STIPULATION, IT IS SO ORDERED. DEFENDANT SHALL FILE HER OPPOSITION TO PLAINTIFF'S OPENING BRIEF ON OR BEFORE JUNE 11, 2018.

Dated: May 8, 2018

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE