MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL, CSBN 230138
Regional Chief Counsel, Region IX
Social Security Administration
GINA TOMASELLI, CSBN 267090
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 268-5602
    Facsimile: (415) 744-0134
    E-Mail: Gina.Tomaselli@ssa.gov

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**SACRAMENTO DIVISION**

| | |
|---|---|
| ROSA ELBA MEJIA,<br><br>    Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of<br>Social Security Administration,<br><br>    Defendant. | Case No.: 2:17-cv-02354-CKD<br><br>**STIPULATION AND ORDER FOR SECOND EXTENSION OF TIME** |

    IT IS HEREBY STIPULATED, by and between Rosa Elba Mejia (Plaintiff) and Nancy A. Berryhill, Acting Commissioner of Social Security (Defendant), by and through their respective counsel of record, that Defendant shall have an extension of time of thirty (30) days to file her Opposition to Plaintiff's Opening Brief. The current due date is June 11, 2018. The new date will be July 11, 2018. An extension of time is needed because the attorney responsible for briefing this case has a chronic health condition and is having an expected surgical procedure next week. This request is made in good faith with no intention to unduly delay the proceedings. This is Defendant's second extension request. The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

|  |  |  |
|---|---|---|
|  |  | Respectfully submitted, |
| Date: June 5, 2018 | By: | /s/ *Stuart T. Barasch* <br> STUART T. BARASCH <br> Attorney for Plaintiff <br> (*As authorized by e-mail on June 4, 2018) |
| Date: June 5, 2018 | By: | MCGREGOR W. SCOTT <br> United States Attorney |
|  |  | By: */s/ Gina Tomaselli* <br> GINA TOMASELLI <br> Special Assistant United States Attorney |
|  |  | Attorneys for Defendant |

## **ORDER**

GOOD CAUSE APPEARING, PURSUANT TO STIPULATION, IT IS SO ORDERED. DEFENDANT SHALL FILE HER OPPOSITION TO PLAINTIFF'S OPENING BRIEF ON OR BEFORE JULY 11, 2018.

Dated: June 6, 2018

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE